UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PASSLOGIX

v.                                                    Civ. Action No. 08-CV-10986

2FA TECHNOLOGY, LLC
     et al.                          DEFENDANTS 2FA
                                                       TECHNOLOGY LCC'S AND 2FA
                                                       INC.'S INITIAL DISCLOSURES
                                                       PURSUANT TO RULE 26

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     Defendants 2FA LLC and 2FA Inc., and the Counterclaimants make the following

disclosures to defendants pursuant to Rule 26(a)(1) Fed.R.Civ.P.

A.    <u>Individuals likely to have discoverable information</u>:

     The following individuals are likely to have discoverable information regarding

the subjects described relevant to disputed facts alleged with particularity in the

pleadings:

     1.    Greg Salyards
        930 S. Bell Boulevard, Suite 402
        Cedar Park, Texas 78613.

     Mr. Salyards is the Managing Director of 2FA Technology LLC, and has an

intimate knowledge of 2FA's relationship with Passlogix.

     2.    Shaun Cuttill
        930 S. Bell Boulevard, Suite 402
        Cedar Park, Texas 78613.

Mr. Cuttill is the Technology Director of 2FA Technology LLC, and has an intimate

knowledge of 2FA's relationship with Passlogix.

B.     <u>Documents</u>.

The following are documents in the possession of the Defendants that are relevant to disputed facts alleged with particularly in the pleadings.   All documents are available for inspection and copying at Defendants' office in Austin Texas.

1. 12/24/2008 – Amended Complaint

2. 12/19/2008 – Complaint

3. 12/15/2008 – Breach and Termination Notice

4. 12/10/2008 – 2FA audit offer and terms

5. 12/9/2008 – Don G. email

6. 12/9/2008 – Salyards email to Sun

7. 12/3/2008 – Salyards response to Bay

8. 12/3/2008 – Salyards email to Greg Lee

9. 12/1/2008 – Salyards email to Bay Medical

10. 12/1/2008 – Sun email to Salyards and HID

11. 11/26/2008 – Greg Lee invitation 2FA

12. 11/25/2008 – 2FA proposal to BHSF

13. 11/25/2008 – Salyards email and no-cost upgrade offer to Sun

14. 11/24/2008 – POC proposal to GCA

15. 11/20/2008 – Don G. email

16. 11/21/2008 – Cuttill email to Manza

17. 11/17/2008 – Baptist Health email to 2FA

18. 11/17/2008 – Cuttill email to Don G.

19. 11/13/2008 – Cuttill email to Don G.

20. 11/07/2008 – Salyards notification to Passlogix

**21.** 11/7/2008 – Don G. email

22. 11/05/2008 – Don G. attestation

23. 11/04/2008 – Salyards email to Passlogix

24. 11/3/2008 – Cuttill email to Don G.

25. 11//1/2007 – Passlogix email

26. 10/29/2008 – 2FA Installation and configuration

27. 10/24/2008 – License Agreement, Amendment D

28. 10/24/2008 – Tony W. email

29. 10/23/2008 – Passlogix email requesting source code escrow

30. 10/23/2008 – Cuttill email

31. 10/23/2008 – Accounting spreadsheet

32. 10/22/2008 – Tony W. email with Cuttill response

33. 10/22/2008 – Cuttill email to Don G.

34. 10/22/2008 – Passlogix requests for support the 2FA product

35. 10/15/2008 – Tony W. email

36. 10/07/2008 – License Agreement, Amendment C

37. 10/6/2008 – Cuttill email to Don G.

38. 10/6/2008 – Accounting reconciliation report

39. 9/10/2008 – Don G. email to Cuttill.

40. 9/10/2008 – Salyards email to Don G.

41. 9/10/2008 – Don G. email to Cuttill

42. 9/9/2008 – Cuttill email

43. 9/9/2008 – Cuttill email

44. 9/4/2008 – Draft reseller agreement

45. 8/29/2008 – Tony W. email, with attachments

46. 8/25/2008 – Cuttill email

47. 8/25/2008 – Salyards email to Cuttill.

48. 8/19/2008 – Salyards email

49. 8/08/2008 – License Agreement, Amendment B

50. 8/5/2008 – Amendment B revision

51. 7/22/2008 – Passlogix modification to Amendment B

52. 7/17/2008 – Salyards email

53. 7/16/2008 – Ben Bailey email.

54. 7/14/2008 – Marc B. email

55. 7/6/2008 – Passlogix email

56. 7/3/2008 – Passlogix email

57. 6/28/2008 – Cuttill email.

58. 6/20/2008 – Salyards email

59. 6/19/2008 – Salyards email

60. 6/12/2008 – Marc B. email

61. 6/9/2008 – Salyards detailed product path

62. 5/13/2008 – OEM License Agreement with HID

63. 5/7/2008 – Passlogix email

64. 4/16/2008 – RC for v-GO CM 7.0

65. 4/10/2008 – Cuttill email

66. 3/31/2008 – Passlogix email

67. 3/28/2008 – Passlogix blog

68. 3/14/2008 – Cuttill email

69. 3/13/2008 – Burton analyst speculation

70. 3/12/2008 – IBM announcement

71. 3/12/2008 – Scott Bonnell email

72. 3/5/2008 – 2FA delivers Beta 2 for CM 7.0

73. 2/29/2008 – Cuttill email

74. 2/29/2008 – Marc B email

75. 2/28/2008 – Passlogix email

76. 2/26/2008 – Cuttill email

77. 2/26/2008 – Passlogix Press Release

78. 2/19/2008 – 2FA assists with RFP

79. 2/18/2008 – 2FA follow-up

80. 2/12/2008 – Passlogix email

81. 2/6/2008 – Cuttill email

82. 2/1/2008 – Passlogix accounting

83. 1/15/2008 – Matt B. email

84. 1/11/2008 – Salyards email

85. 1/11/2008 – Salyards email

86. 1/10/2008 – Passlogix email

87. 1/08/2008 – HID payment to 2FA

88. 1/08/2008 – Salyards email

89. 1/07/2008 – Passlogix email

90. 1/06/2008 – Zurich email

91. 1/04/2008 – Termination notice

92. 1/04/2008 – 2FA email

93. 1/03/2008 – Passlogix proposal for Amendment B

94. 12/21/2008 – Passlogix request for quote

95. 12/20/2008 – Scott Bonnell note

96. 12/20/2007 – ZFS card quotation

97. 12/17/2007 – SC Magazines Look Forward Article

98. 12/13/2007 – Passlogix request for a quote

99. 12/10/2007 – McDonald's notification

100.    12/8/2007 – Zurich RFP

101.    12/6/2007 – 2FA email

102.    12/5/2007 – Salyards email

103.    12/3/2007 – Salyards email and copy of notice

104.    11/29/2007 – Meeting notes

105.    11/26/2007 – 2FA email

106.    11/24/2007 – Passlogix announcement

107.    11/15/2007 – Passlogix announcement

108.    11/12/2007 – Test plan

109.    11/09/2007 – Gemalto email

110.    11/8/2007 – 2FA email

111.    11/6/2007 – Salyards email

112.     11/6/2007 – Passlogix at Baptist Health.

113.     11/5/2007 – Salyards email to Passlogix

114.     11/5/2007 – Salyards email to Passlogix

115.     11/5/2007 – Scott Bonnell emails and responses

116.     11/2/2007 – Passlogix announcement

117.     11/1/2007 – Passlogix announces that SC Magazine selected v-GO CM

for its prestigious "Look Forward" honor

118.     10/30/2007 – Passlogix requests for reader quotation

119.     10/29/2007 – Passlogix email

120.     10/25/2007 – Passlogix email

121.     10/22/2007 – Passlogix announcement

122.     10/17/2007 – Cuttill email

123.     10/16/2007 – Tony W email

124.     10/11/2007 – Passlogix email

125.     10/11/2007 – Stephane Fymat email

126.     10/5/2007 – Salyards email

127.     10/4/2007 – Passlogix email

128.     10/1/2007 – Passlogix draft of a presentation

129.     10/1/2007 – Passlogix draft of a presentation

130.     10/1/2007 – SC Magazine report

131.     9/29/2007 – Scott Bonnell email

132.     9/26/2007 –HID deliverables.

133.     9/20/2007 – Passlogix email

134.      9/20/2007 – 2FA email

135.      9/13/2007 – Scott Bonnell email

136.      9/13/2007 – Passlogix email

137.      9/8/2007 – Salyards email

138.      9/7/2007 – Passlogix email

139.      9/7/2007 – Cuttill email

140.      9/5/2007 – Product plan

141.      8/30/2007 – Passlogix email

142.      8/10/2007 – 2FA code level assistance

143.      8/9/2007 – Passlogix email

144.      8/6/2007 – Passlogix email

145.      8/6/2007 – List of past due invoices

146.      8/4/2007 – 2FA email

147.      7/11/2007 – Passlogix email

148.      7/10/2007 – Passlogix email

149.      7/10/2007 – Salyards email

150.      7/5/2007 – Passlogix presentation.

151.      7/5/2007 – 2FA email

152.      6/14/2007 – Salyards email

153.      6/14/2007 – Passlogix email

154.      6/12/2007 – 2FA email

155.      6/6/2007 – Salyards email

156.      6/6/2007 – Passlogix email

157.      6/1/2007 – 2FA email

158.      4/1/07 – Passlogix email

159.      5/29/2007 – Passlogix email

160.      5/18/2008 – 2FA email

161.      5/16/2007 – Salyards email

162.      5/7/2007 – 2FA email

163.      5/3/2007 – Passlogix email

164.      5/3/2007 – Salyards email

165.      4/26/2007 – RSA announcement

166.      4/10/2007 – 2FA email

167.      3/29/2007 – Passlogix email

168.      3/21/2007 – Passlogix email

169.      3/14/2007 – Passlogix email

170.      3/27/2007 – Salyards email

171.      3/15/2007 – Passlogix email

172.      3/11/2007 – 2FA new release

173.      3/8/2007 – Passlogix email

174.      3/8/2008 – 2FA email

175.      3/7/2007 – Passlogix notice

176.      3/1/2007 – License Agreement, Amendment A

177.      3/1/2007 – 2FA email

178.      2/27/2007 – Cuttill email

179.      2/26/2007 – 2FA email

180.     2/26/2007 – 2FA financial analysis for Amendment A.

181.     2/21/2007 – 2FA email.

182.     2/15/2007 – Passlogix email

183.     2/8/2007 – Salyards email

184.     2/7/2007 – Passlogix email

185.     2/6/2007 – Marc Manza email and response

186.     2/2/2007 – Passlogix email

187.     2/1/2007 – 2FA email

188.     1/31/2007 – Passlogix email

189.     1/25/2007 – Cuttill information re passive-proximity

190.     1/18/2007 – 2FA email

191.     1/17/2007 – Cuttill email

192.     1/11/2008 – Passlogix email

193.     1/9/2007 – 2FA letter to Passlogix

194.     1/8/2007 – Salyards email

195.     1/8/2007 – Salyards email

196.     1/5/2007 – 2FA proposal

197.     1/3/2007 – Cuttill email

198.     12/30/2006 – Passlogix email

199.     12/28/2006 – Cuttill email

200.     12/27/2006 – Annual roll-up of ICR issues., includes development and business development issues

201.     12/27/2006 – 2FA email

202.     12/26/2006 – 2FA email

203.     12/22/2006 – Concerns with commercial terms with regard to passive-proximity support

204.     12/21/2006 – Cuttill email

205.     12/18/2008 – 2FA email

206.     12/7/2006 – Passlogix email

207.     12/7/2006 – Passlogix email

208.     12/15/2006 – Cuttill email

209.     12/8/2006 – 2FA email

210.     12/1/2006 – Passlogix email and response

211.     11/29/2006 – Passlogix email

212.     11/16/2006 – 2FA price list

213.     11/15/2006 – Passlogix email

214.     11/13/2006 – Passlogix email

215.     10/31/2006 – 2FA email

216.     10/27/2006 – Bonnell email

217.     10/26/2006 – Passlogix email

218.     10/20/2006 – Passlogix email

219.     10/20/2006 – 2FA email

220.     10/16/2006 – Stephan Fymat email

221.     10/2/2006 – 2FA email

222.     9/29/2006 – Passlogix email

223.     9/29/2006 – 2FA email

224.        9/28/2006 – Delivery of v-GO CM product path to 2FA.

225.        9/28/2006 – Salyards email.

226.        9/28/2006 – Passlogix email

227.        9/28/2006 – Cuttill email

228.        9/21/2006 – Passlogix email

229.        9/19/2006 – Salyards email

230.        9/18/2006 – Passlogix email

231.        9/11/2006 – Bug report

232.        9/10/2006 – Ottawa email

233.        9/6/2006 – Passlogix email

234.        9/5/2006 – Stephan Fymat email

235.        9/5/2006 – Stephan Fymat email

236.        8/8/2006 – Bonnell email

237.        7/31/2006 – 2FA email

238.        7/20/2006 – 2FA email

239.        7/20/2006 – Passlogix email

240.        7/17/2006 – Product schedule

241.        7/13/2006 – CPS Energy bid

242.        7/11/2006 – Passlogix confirms delivery of v-GO code drop.

243.        7/7/2006 – Scott Bonnell email

244.        7/7/2006 – 2FA email

245.        7/1/2006 –  Alpha code drop

246.        6/23/2006 – Passlogix email

247.     6/20/2006 – CM Architecture and roadmap

248.     6/14/2006 – Passlogix announcement message

249.     6/14/2006 – Oracle announces relationship with Passlogix

250.     6/12/2006 – Passlogix announces the release of v-GO CM

251.     6/5/2006 – Passlogix presentation

252.     5/31/2006 – Scott Bonnell marketing message

253.     5/23/2006 – 2FA confidential document to Passlogix engineering

254.     4/25/2006 – License Agreement

255.     4/23/2006 – Marc B. email

256.     4/18/2006 – 2FA email

257.     4/11/2006 – 2FA email

258.     3/11/2006 – Passlogix email

259.     3/10/2006 – Draft of the initial term sheet

260.     3/10/2006 – NDA

261.     3/6/2006 – First contacts are made between 2FA and Passlogix

262.     2/3/2006 – IBM announcement

Other documents available for inspection and copying are design documents, developer notes, implementation documents, bug tracking notes, RFPs, and records for travel expenses.

C.    <u>Computation of Damages</u>

See attachment A for an assessment of damages.

D.    <u>Insurance Agreements</u>

The Travelers Insurance policy is available for copying and inspection.


Dated: March 12, 2009                           LAURENCE SINGER

Laurence Singer (LS 4250)
1629 K Street NW, Suite 300
Washington D.C., 20006
646 327-8772
Counsel Pro Hac Vice

**ATTACHMENT A**

Explanation of Calculation of Damages – These calculation of damages are preliminary only, and are those so far known by the Defendants.

**1.      Overview**

| Cause | Total |
|---|---|
| First Cause of Action | $   5,383,209.48 |
| Second Cause of Action | $   9,482,000.00 |
| Third Cause of Action | $   6,249,600.00 |
| Fourth Cause of Action | $ 17,100,000.00 |
| Fifth Cause of Action | $ 10,440,000.00 |
| Interest | $   1,470,591.62 |
| Punitive Damages | *To be determined by court* |
| **Total** | **$  50,125,401.10** |

**1.      First Cause of Action: Damages arising from Passlogix's breach of contract.**

*2.1      Contracted Royalties 2007*

Passlogix was responsible for paying initially agreed minimum royalties, and had Passlogix been vigilant in pursuing opportunities, the amount due 2FA would have been greater than minimum royalties.

**Amount: $ 500,000.00**

*2.2      Contracted Royalties 2008*

Passlogix was responsible for paying initially agreed minimum royalties, and had Passlogix been vigilant in pursuing opportunities, the amount due 2FA would have been greater than minimum royalties.

**Amount: $ 1,000,000.00**

### 2.3    Contracted Royalties 2009

Passlogix was responsible for paying initially agreed minimum royalties, and had Passlogix been vigilant in pursuing opportunities, the amount due 2FA would have been greater than minimum royalties.

**Amount: $ 1,200,000.00**

### 1.4    Contracted Royalties 2010

Passlogix was responsible for paying initially agreed minimum royalties, and had Passlogix been vigilant in pursuing opportunities, the amount due 2FA would have been greater than minimum royalties.

**Amount: $ 1,400,000.00**

### 2.5    Customization Fee 'b'

2FA fulfilled its contractual obligations to Passlogix. Passlogix lack of vigilance, failure to pursue sales opportunities and improper accounting practices accounted solely to Passlogix not achieving the contracted amounts.

**Amount: $ 91,334.00**

### 2.6    Customization Fee 'c'

2FA fulfilled its contractual obligations to Passlogix. Passlogix lack of vigilance, failure to pursue sales opportunities and improper accounting practices accounted solely to Passlogix not achieving the contracted amounts.

**Amount: $ 106,555.00**

### 2.7    Resource Utilization Fees 2006

Passlogix misutilized 2FA personnel and required professional services and development far beyond the contracted terms. This amount represents the contracted rate between 2FA

and Passlogix of $409.00 per day for 8 resources for 22 days a month for 6 months in 2006.

**Amount: $ 431,904.00**

*2.8      Resource Utilization Fees 2007*

Passlogix misutilized 2FA personnel and required professional services and development far beyond the contracted terms. This amount represents the contracted rate between 2FA and Passlogix of $409.00 per day for 8 resources for 22 days a month for 8 months in 2007.

**Amount: $ 575,872.00**

*2.9      Amendment C Termination Terms*

Agreed terms of termination as stated in Amendment C of the Agreement not already covered in this section.   These items are covered in the notification of breach and termination.

**Amount: $ 77,544.48**

**3.      Second Cause of Action**

*3.1      Not Pursuing Sale to Its Pipeline*

Passlogix told 2FA that 500,000 users were prepared to purchase the Software, having pre-sold other licenses for when the Software was ready.   Passlogix never pursued the sale of the licenses, and further went to many of these users suggesting they not purchase the Software; assumes average cost of $20/user (when purchased in volume); assumes 40% of gross revenue due to 2FA.

**Amount: $ 4,000,000.00**

### 3.2     Hardware Margin Lost

Assume average of only $5 gross margin hardware purchase per user above; 50% split of margin, per contract.

**Amount: $ 1,250,000.00**

### 3.3     Not Properly Pursuing 2FA Referrals

2FA brought several opportunities to Passlogix, which Passlogix either would not follow up, or did not properly respond to the RFP's; Assumes 40% of 30% for opportunities that would have been brought through an OEM, 40% for opportunities that would have been direct; does NOT assume the 10% gross revenue referral payment due under contract

**Amount: $ 1,880,000.00**

### 3.4     Customary Maintenance and Support

Software support traditionally at 20% of MSRP; assume just two years of lost contracts

**Amount: $ 2,352,000.00**

### 3.5     Dumping Software Below Market Value

Sold for < $1.74/seat, when agreed-upon market value was $8/seat.

**Amount: $ 263,004.84**

### 2.     Third Cause of Action

### 4.1 Bait-and-Switch Sales

Passlogix purposefully swapped the 2FA solution with an alternative solution, leveraging 2FA's intellectual property and confidential information to help switch users to the alternative solutions; Assumes only the limited number of known/suspected cases that continued even after termination.

**Amount: $ 864,000.00**

*4.2    Denial of Opportunity Sales*

Passlogix refused to promote sales of the Software or deliberately opted not to present 2FA's Software to its own customers, deciding of its own accord not to allow 2FA to compete;   Assumes percentage of sales that went through channel partners during the term of the Agreement, and also the limited number of known direct cases.

**Amount: $ 3,600,000.00**

*4.3    Customary Maintenance and Support*

Software support traditionally at 20% of MSRP; assume just two years of lost revenue

**Amount: $ 1,785,600.00**

**5.     Fourth Cause of Action – misappropriation of 2FA's intellectual property and confidential information.**

*5.1    New Sales of Passlogix v-GO AM since June 2007*

Estimate based upon Passlogix's published price list of $15 per seat for an estimated 500,000 seats.

**Amount: $ 7,500,000.00**

*5.2    Maintenance and Support of v-GO AM since June 2007*

Estimate based upon 20% of sale or 500,000 seats for two years.

**Amount: $ 3,000,000.00**

**5.3    Continued Use of 2FA IP**

5.5 times minimum royalties as agreed to in contract.

**Amount: $ 6,600,000.00**

6.      **Fifth Cause of Action**

*6.1*   *Sun Microsystems*

Sun has indicated it does not desire now to bring the Software to the rest of the government(s) in Canada.  Assumes 40% of $8/user in volume + 20% Maintenance and Support for 2 years * 1M users

**Amount: $ 6,400,000.00**

*6.2*   *IBM*

Damaged the relationship between 2FA and IBM; damages based upon companion gross revenue of SSO by IBM during that time and also of IBM's smart card sales during that time (using 40% of 30% of revenue)

**Amount: $ 1,440,000.00**

*6.3*   *RSA*

Damages based on companion gross revenue of RSA-related sales after Passlogix's acquisition (using 40% of revenue)

**Amount: $ 1,400,000.00**

*6.4*   *Oracle*

Passlogix intentionally interfered with opportunities to sale the Software through Oracle; Damages based on companion gross revenue of SSO by Oracle during that time (using 40% of 30% of revenue)

**Amount: $ 1,200,000.00**

7.      **Interest**

1.5% per month, compounded monthly, for every month after 30 days after notification of breach and termination (2 months' interest as of March 15)

**Amount: $ 1,470,591.62**

**8.      Punitive Damages**

Actions were intentional, wanton, and malicious, and continues these actions.

**Amount:  for court to determine**

*9.      Attorney's Fees, Court Expenses, Etc.*

Passlogix's initial lawsuit was frivolous, unfounded, and unwarranted.

**Amount:  for court to determine**

CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendants 2FA Technology LLC's and 2FA Inc.'s initial disclosures pursuant to rule 26(a)(1) was personally delivered on this 12th day of March 2009 to Hal S. Shaftel, Esq., 1585 Broadway, New York, New York 10036.

Laurence Singer