```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
PASSLOGIX, INC.,
                                  :
              Plaintiff,
                                  :        ORDER
      -against-
                                  :   08 Civ. 10986 (PKL)(MHD)
2FA TECHNOLOGY, LLC, et al.,
                                  :
              Defendants.
                                  :
----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been
scheduled in the above-captioned action on **THURSDAY, OCTOBER 1,
2009** at **12:00 PM**, at which time you are directed to appear in
Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any
requests for adjournment of this scheduled conference must be in
writing, with copies to all other parties, and must be preceded by
reasonable efforts by the requesting party to obtain the consent of
those parties.

The parties are to take note of the following requirements for
settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other
about their respective settlement positions** prior to the settlement

conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

**DATED:   New York, New York**
**September 17, 2009**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Harold S. Shaftel, Esq.
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036

Laurence Singer, Esq.
A.M. Richardson, P.C.
40 Wall Street, 35th Floor
New York, NY 10005