UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORACLE SYSTEMS CORPORATION,

                Plaintiff,

– against –

2FA TECHNOLOGY, LLC, 2FA, INC.,
GREGORY SALYARDS and SHAUN
CUTTILL,

                Defendants.

**STIPULATION OF DISMISSAL and ORDER**

Case No. 08 Civ. 10986 (BSJ/MHD)
ECF Case

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and with each side to bear its own costs and expenses, including attorneys' fees, incurred in connection with the action.

Dated: July 21, 2011

By: /s/ Elizabeth Rogers Brannen
    Elizabeth Rogers Brannen
    *Admitted Pro Hac Vice*
Oracle America, Inc.
500 Oracle Parkway MS 50p764
Redwood Shores, CA 94065
Tel. (650) 506-9434
Fax (650) 506-7114
Email: elizabeth.brannen@oracle.com

*Attorney for Plaintiff Oracle Systems Corporation*

By:
    Laurence Singer (LS 4250)
    *Admitted Pro Hac Vice*
Attorney at Law
1629 K Street NW, Suite 300
Washington D.C. 20006
Tel. (646) 327-8772
Fax (718) 874-6892
Email: ls@laurencesinger.com

*Attorney for Defendants 2FA Technology, LLC, 2FA, Inc., Gregory Salyards and Shaun Cuttill*

So Ordered _____
                Hon. Barbara S. Jones